# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Lubbock Division

| | |
|---|---|
| HONORABLE: D. GORDON BRYANT, JR. | PRESIDING |
| DEPUTY CLERK: DDDAVIS | COURT REPORTER/TAPE NUMBER: FTR |
| LAW CLERK: N/A | USPO: CORINA RASURA |
| INTERPRETER: N/A | Date: Jul 30, 2018 |

| | | |
|---|---|---|
| Cr. No. 5:18-CR-00055-C-BQ | | DEFT. No. 1 |
| UNITED STATES OF AMERICA<br>V.<br>DUSTIN RAY LEONARD<br>Defendant's Name | §<br>§<br>§<br>§ | ANDERSON HATFIELD for JEFF HAAG, AUSA<br>DAVID SLOAN (FPD)<br>Counsel for Deft. Appt-(A), Retd-(R), FPD-(F) |

## ~~ARRAIGNMENT~~/REARRAIGNMENT

Time in Court: 2:15-2:33 (18 MINS)

Trial Status:
- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
- [ ] Mistrial
- [ ] Settled/Guilty
- [x] None

Days in Trial:

Hearing Concluded: [x] Yes [ ] No

- [x] Defendant SWORN.
- [ ] Arraignment   [x] Rearraignment - Held on count(s) 1
- of the 1 count(s) [x] Indictment [ ] Information [ ] Superseding Indictment [ ] Complaint [ ] Superseding Information
- [ ] Sentencing Guidelines
- [x] Deft enters a plea of   [ ] Not Guilty  [x] Guilty  [ ] Nolo
- [ ] Waiver of Jury Trial
- [ ] Waiver of Indictment filed
- [x] Plea Agreement accepted   [ ] Court defers acceptance of Plea Agreement
- [x] Plea Agreement filed (see agreement for details)   [ ] No Plea Agreement
- [ ] Plea Agreement included with Factual Resume.
- [x] Factual Resume filed.
- [ ] Sentencing set   Date:   Time:
- [ ] Trial set for   Date:   Time:
- Pretrial motions due:   Discovery motions/Government Responses due:
- [ ] Orders for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] PSI waiver filed.   PSI due:   Pre-sentence Referral Form to:
- [ ] Deft Bond   [ ] Set   [ ] reduced to $   [ ] Cash   [ ] Surety   [ ] 10%   [ ] PR
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Bond   [ ] continued   [ ] forfeited
- [x] Deft Custody/Detention continued.
- [x] Deft REMANDED to custody.

OTHER PROCEEDINGS: Rearraigned on the Indictment filed 6/13/18. Plea docs signed, Consent signed. Essential elements of the chrgs/penalties read. Plead Guilty to Ct. 1. MJ recommends Guilty Plea be accepted, Order of Recommendation to be entered. 14-days to object. Probation will prepare a PSReport upon acceptance of the plea. The Dist. Judge will enter Orders accepting Plea & setting Sentencing. Deft is remanded to custody.